No. 564. NICHOLS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Melvin B. Lewis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 573. SIGMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Paul M. Stocker* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 574. WILLIAMSON ET AL., EXECUTORS, v. PEURIFOY, JUDGE. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. William D. Neary* for respondent.

No. 577. HASSAN, ADMINISTRATRIX, v. A. M. LANDRY & SON, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Raymond H. Kierr* for petitioner. *Ernest A. Carrere, Jr.* for respondents.

No. 578. D'ERCOLE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Thomas J. Todarelli* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 579. IN RE GRUSCHWITZ ET AL. Court of Customs and Patent Appeals. Certiorari denied. *Michael S. Striker* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *John C. Eldridge* for the Commissioner of Patents in opposition.